**Order entered March 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00640-CR

**QUINCY NATHANIEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-45744-Y**

## ORDER

The reporter's record, originally due September 22, 2018, has been filed. In light of this, we **VACATE** that portion of our March 15, 2019 order that ordered Vearneas Faggett not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, official court reporter, 283rd Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.

Appellant's brief in this appeal is due April 25, 2019.

/s/     LANA MYERS
          JUSTICE